4667. DOUGLAS, survivor, *v.* WILSON.

POTTLE, J. This case is controlled by the decision of this court in *High Co. v. Georgia Railway & Power Co.*, ante, 505 (77 S. E. 588). The court erred in refusing to dismiss the certiorari on the ground that the answer of the judge of the city court was not filed within the time required by law, and that no order was applied for by the plaintiff in certiorari during the first term, requiring an answer to be filed. See, also, *Sutton* v. *State*, 120 *Ga.* 865 (48 S. E. 342).

*Judgment reversed.*

DECIDED MAY 6, 1913.

Certiorari; from Johnson superior court—Judge Hawkins. January 16, 1913.

*B. H. Moye, A. L. Hatcher,* for plaintiff in error.